# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| S FARMS and SINGLETON FARMS | CV 18-51-BLG-TJC |
| Plaintiffs, | |
| vs. | **ORDER** |
| UNITED GRAIN CORPORATION OF OREGON, an Oregon Domestic Business Corporation, | |
| Defendant. | |

Defendant moves for the admission of David C. Barrett, Jr. to practice before this Court in this case with Daniel L. Snedigar to act as local counsel. Mr. Barrett's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit David C. Barrett, Jr. pro hac vice is GRANTED on the condition that Mr. Barrett shall do his own work. This means that Mr. Barrett must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Barrett may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Barrett.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Barrett, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 18th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge