IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| S FARMS and SINGLETON FARMS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED GRAIN CORPORATION of OREGON,<br><br>Defendant. | CV 18-51-BLG-TJC<br><br>**ORDER** |

The Court having held a Status Conference on October 16, 2019, was notified of likelihood of settlement of this case. It appearing that no notification of settlement having been filed,

IT IS HEREBY ORDERED that within 7 days of the date of this Order, the parties shall advise the Court of the status of this case.

DATED this 15th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge