IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| S FARMS and SINGLETON FARMS,<br><br>Plaintiffs,<br><br>-vs-<br><br>UNITED GRAIN CORPORATION OF OREGON, an Oregon Domestic Business Corporation,<br><br>Defendant. | CV 18-51-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 37), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The order of November 15, 2019, (Doc. 38) is rendered moot.

DATED this 15th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1